AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>SHANE STEVENS,<br><br>_Defendant(s)_ | )<br>)<br>)  Case No. 19-5026-SNOW<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __10/10/2019__ in the county of __Monroe__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a firearm by a convicted felon; |
| 21 U.S.C. § 841(a)(1) | Possession of cocaine with intent to distribute; and |
| 18 U.S.C. § 924(c)(1)(A) | Possession of a firearm in furtherance of a drug trafficking crime. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Matthew Pitcher, FBI Task Force Officer
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 10/11/19

_____
_Judge's signature_

City and state:   Key West, Florida           Lurana S. Snow, United States Magistrate Judge
_Printed name and title_

## **AFFIDAVIT**

I, Matthew Pitcher, having been duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI), and have been so employed since July of 2019. I am also a detective with the Monroe County Sherriff's Office assigned to the HIDTA division. I have been a law enforcement officer since 2000, and during my time in law enforcement I have been involved with hundreds of narcotics investigations and many cases involving the use of firearms by narcotics traffickers. As a result of my training and experience, I am familiar with federal firearms violations and have conducted and assisted in numerous investigations into the unlawful possession of firearms and armed narcotics trafficking. As an FBI TFO, I am an "investigative or law enforcement officer of the United States or of a state" within the meaning of Title 18, United States Code, Section 2510(7).

2. The information contained in this Affidavit is submitted for the sole purpose of establishing probable cause that, on or about October 10, 2019, in Monroe County, in the Southern District of Florida, Shane STEVENS: (1) did knowingly possess a firearm and ammunition after having been convicted of a felony, in violation of 18 U.S.C. § 922(g)(1); (2) did knowingly possess with intent to distribute cocaine, in violation of 21 U.S.C. § 841(a)(1); and (3) did knowingly possess a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A).

3. I submit this Affidavit based on information known to me personally from the investigation, as well as information obtained from other law enforcement officers who have investigated this matter, or other individuals who have personal knowledge of the facts herein. It does not contain all of the facts known to me or other law enforcement officers regarding this investigation.

4. On or about October 10, 2019, law enforcement executed a search warrant at a premise located at 30375 Quail Roost Trail, Suite B, in Big Pine Key, Florida (the "Premises"). Prior to execution of the search warrant, STEVENS arrived on scene and was detained.

5. Inside of the Premises, law enforcement located and seized approximately eighteen firearms. The firearms included six rifles, three shotguns, two revolvers and seven semi-automatic pistols. Law enforcement also seized over ten high-capacity magazines capable of holding at least twenty rounds of ammunition, and over 1,000 rounds of ammunition. Some of the seized firearms are pictured below:



6. The majority of the firearms had loaded magazines inserted. Both revolvers were fully loaded. Law enforcement also seized cocaine weighing over one ounce, other drug trafficking paraphernalia, and over $3,000 in cash. A lease agreement dated July 1, 2019, was located within the unit, which indicated the tenant of the Premises was Shane STEVENS.

7. STEVENS was read his *Miranda* rights and agreed to speak to law enforcement. The following is only a partial summary of STEVENS's statement, and does not include

2

everything that he stated. STEVENS stated that all the firearms in the Premises belonged to him, and that he was a collector of firearms. STEVENS further stated that he had purchased all of the firearms, and that he knew some of the firearms had been stolen. STEVENS confessed that the cocaine in the unit belonged to him and estimated that the cocaine weighed slightly more than one ounce.

8. Based on my training and experience, I know that several of the firearms referenced above were manufactured outside of the State of Florida and, therefore, traveled in interstate or foreign commerce prior to being possessed by the Defendant.

9. Prior to October 10, 2019, STEVENS was a convicted felon and was not permitted to possess a firearm or ammunition. Moreover, at the time of the search, STEVENS was on probation for narcotics trafficking.

WHEREFORE, I respectfully submit that there is probable cause to believe that, on probable cause that, on or about October 10, 2019, in Monroe County, in the Southern District of Florida, Shane STEVENS: (1) did knowingly possess a firearm and ammunition after having been convicted of a felony, in violation of 18 U.S.C. § 922(g)(1); (2) did knowingly possess with intent to distribute cocaine, in violation of 21 U.S.C. § 841(a)(1); and (3) did knowingly possess a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A).

FURTHER AFFIANT SAYETH NAUGHT.

Matthew Pitcher, Task Force Officer
Federal Bureau of Investigation

Sworn and subscribed before me
this /*/* day of October, 2019.

ZURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 19-5026-SNOW

UNITED STATES OF AMERICA

v.

SHANE STEVENS,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   __Yes  X No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? __Yes  X No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: _____
Daniel J. Marcet
Assistant United States Attorney
Fla. Bar No. 0114104
11200 NW 20th St
Miami, Florida
Tel: (305) 715-7642
Daniel.Marcet@USDOJ.gov